UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
UNITED STATES OF AMERICA,

                Plaintiff,                Case No:  25 MJ 03821

    -against-                **ORDER OF DISMISSAL**

ANTHONY EVANS,

                Defendant.
--------------------------------------------------------

    Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED,

_____
Hon. Kim P. Berg
United States Magistrate Judge

Dated: __10th__ day of __December__, 2025
       White Plains, New York